IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTRE GARCIA GONZALES,

    Petitioner,      No. CIV S-04-1307 MCE DAD P

  vs.

A.K. SCRIBNER, Warden, et al.,

    Respondents.      <u>ORDER</u>

_____/

    Petitioner is a state prisoner represented by counsel and proceeding with an amended petition for a writ of habeas corpus, filed on April 25, 2005. In light of this recent filing, the court will order respondents to file a response or amended answer.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file and serve a response to petitioner's amended habeas application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An amended answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the amended application, except for such records as have been previously submitted by respondents . <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1          2. Petitioner's traverse shall be filed and served within thirty days after service of
2  an amended answer;
3          3. Either party may request an opportunity for oral argument by including such a
4  request in the party's amended answer or traverse;
5          4. Any motion filed by any party during this action shall be noticed for hearing on
6  this court's regular law and motion calendar and shall be briefed in accordance with Local Rule
7  78-230; and
8          5. The Clerk of the Court shall serve a copy of this order together with a copy of
9  petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 upon
10 Jo Graves, Senior Assistant Attorney General.
11 DATED: April 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gonz1307.100b

2